F I L E D
Clerk
District Court
DEC 13 2021
for the Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ABU YOUSUF and MD. ROKONNURZZAMAN,<br><br>                  **Plaintiffs,**<br><br>           v.<br><br>LONGFENG CORPORATION *dba* NEW XO MARKET and PARTY POKER, GUOWU LI, XU GUI QING, and FELOTEO V. RANADA *dba* NVM ENTERPRISES, jointly and severally,<br><br>                 **Defendants.** | Case 1:21-CV-00015<br><br>**ORDER RE: CASE MANAGEMENT CONFERENCE** |

    In accordance with Federal Rule of Civil Procedure 16 and Local Rule 16.2, a Case Management Conference is set for **January 27, 2022, at 1:30 p.m. as to Feloteo V. Ranada *dba* NVM Enterprises.** In preparation for this Case Management Conference (CMC), it is hereby ordered as follows:

    A.    Rule 26(f) Meeting.

    The parties are directed to meet and confer at least **21 days before the CMC** as required by Fed. R. Civ. P. 26(f). At this meeting, the parties shall develop a Joint Case Management Statement that must contain the information called for in section B of this order.

B. <u>Case Management Statement.</u>

The parties' Joint Case Management Statement must be filed at least **7 days before the CMC** and must contain the following information in separately numbered paragraphs:

(1) whether any issue exists regarding venue or jurisdiction;

(2) whether all parties have been properly designated and served;

(3) whether any party expects to add additional parties to the case or otherwise amend the pleadings;

(4) what track assignment the parties request;

(5) the parties discovery plan, including the parties views and proposals on all subjects listed in Fed. R. Civ. P. 26(f)(3):

    (A) whether any changes should be made to the timing, form or requirement for disclosures under Fed. R. Civ. P. 26(a) and the date on which the parties exchanged or will exchange disclosures;

    (B) the subjects on which discovery may be needed, whether discovery should be conducted in phases, or limited to or focused on particular issues;

    (C) whether there are any issues relating to discovery, including the preservation, disclosure, or discovery of electronically stored information and the form or forms in which it will be produced;

    (D) whether agreements exist between the parties regarding asserting claims of privilege or of protection as trial-preparation material and whether an order under Fed. R. Evid. 502(d) is requested in this case;

   (E) whether any changes should be made to the discovery limitations of the track assignment in LR 16.1(b) and whether any other limitations should be imposed;

   (F) any other orders that the court should issue under Fed. R. Civ. P. 26(c) or under Fed. R. Civ. P. 16(b) and (c);

 (6) whether any question exists concerning appointment of a guardian ad litem, next friend, administrator, executor, receiver, or trustee;

 (7) the advisability of the use of a court-appointed expert or master in aid in the administration of the case;

 (8) whether trial by jury has been demanded in a timely fashion;

 (9) the anticipated length of trial;

 (10) the status of settlement discussions and whether the parties wish to schedule a settlement conference before substantial discovery has taken place; and

 (11) any other matter which may be conducive to the just, efficient, and economical determination of the proceedings, including the definition or limitation of the issues.

C. <u>Track and Joint Proposed Scheduling Order.</u>

 The court expects to assign this case to the standard track in accordance with LR 16.1(b). **No later than two days before the CMC**, the parties must submit a proposed order in the following format by email to usdcnmi@nmid.uscourts.gov that assigns the appropriate track and sets dates for:

| 1. | Initial Disclosures | |
|---|---|---|
| 2. | Joinder of Parties | |

3

| 3.  | Amendment of Pleadings | |
|-----|------------------------|---|
| 4.  | Status Conference | |
| 5.  | Fact Discovery Cutoff | |
| 6.  | Fact Discovery Motions Deadline | |
| 7.  | Plaintiff's Expert Disclosure | |
| 8.  | Defendant's Expert Disclosure | |
| 9.  | Rebuttal Expert Disclosure | |
| 10. | Expert Discovery Motions Deadline | |
| 11. | Pre-settlement Telephone Conference | (3 weeks before settlement conference) |
| 12. | Settlement Conference | |
| 13. | Dispositive Motions Deadline | |
| 14. | *Daubert*-type Motions Deadline | |
| 15. | Joint Proposed Pretrial Order Deadline | (4 weeks before trial) |
| 16. | Final Pretrial Conference | (3 weeks before trial at 9 am) |
| 17. | Trial | (a Tuesday at 10 am) |

The parties are reminded that the dates chosen at the CMC shall be considered firm and that a case management scheduling order "may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4).

SO ORDERED this 13th day of December, 2021.

_____
HONORABLE RAMONA V. MANGLONA
Chief Judge