**PIXLEY LAW OFFICE, LLC**
Steven P. Pixley, Esq.
Third Floor, TSL Plaza
Beach Road, Garapan
Post Office Box 7757
Saipan, MP   96950
Telephone: (670) 233-2898/5175
Facsimile: (670) 233-4716

**THOMPSON LAW, LLC**
Colin M. Thompson, Esq.
J.E. Tenorio Building
PMB 917 Box 10001
Saipan, Mariana Islands 96950
Telephone: (670) 233-0777
Facsimile: (670) 233-0776

*Attorney for Longfeng Corporation, Guowu Li, and Xu Gui Qing*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **ABU YOUSUF and MD. ROKONNURZZAMAN**<br>         Plaintiff,<br><br>-vs-<br><br>**LONGFENG CORPORATION *dba* NEW XO MARKET and PARTY POKER, GUOWU LI, and XU GUI QING, and FELOTEO V. RANADA dba NVM ENTERPRISES, jointly and severally,**<br><br>         Defendants. | Case No. 1:21-CV-00015<br><br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' DISCOVERY REQUESTS** |

  **COMES NOW,** Defendants, LongFeng Corporation dba New Xo Market and Party Poker, Guowu Li, and Xu Gui Qing ("Defendants"), through their counsel Steven P. Pixley and Colin M. Thompson and Abu Yousuf and MD. Rokonnurzzaman, through their counsel Joe Hill to stipulate

for an order from the Court extending time for Defendants to respond to Plaintiffs' discovery requests from December 23, 2021 to January 6, 2022.

Defendants' counsel requests this stipulation because of conflicts in scheduling and press of business.

Respectfully submitted of 21st day of December, 2021.

| | |
|---|---|
| */s/ Colin M. Thompson* | */s/ Joe Hill* |
| **THOMPSON LAW, LLC** | **HILL LAW OFFICES** |
| Colin M. Thompson | Joe Hill |
| *Attorney for Defendants* | *Attorney for Plaintiffs* |

*/s/Steven P. Pixley*
**PIXLEY LAW OFFICE, LLC**
Steven P. Pixley
*Attorney for Defendants*