1  **JOE HILL**
   **HILL LAW OFFICES**
2  **P.O. Box 500917**
   **Saipan, MP 96950**
3  **Tel.: (670) 234-7743/6806**
   **Fax:  (670) 234-7753**
4  **E-mail: vesta@pticom.com**

5  *Attorney for Plaintiff*s

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **ABU YOUSUF and MD. ROKONNURZZAMAN**<br>          Plaintiff,<br><br>-vs-<br><br>**LONGFENG CORPORATION *dba* NEW XO MARKET and PARTY POKER, GUOWU LI, and XU GUI QING, and FELOTEO V. RANADA dba NVM ENTERPRISES, jointly and severally,**<br><br>          Defendants. | Case No. 1:21-CV-00015<br><br>(PROPOSED) STIPULATION TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT<br><br>Date: January 7, 2022<br>Time: 1:30 p.m.<br>Chief Judge: Hon. Ramona V. Manglona |

   **COME NOW** Plaintiffs Abu Yousuf and Md. Rokonnurzzaman ("Plaintiffs"), through their counsel Joe Hill, and Defendants Longfeng Corporation *dba* New Xo Market and Party Poker, Guowu Li and Xu Gui Xing ("Defendants"), through their counsel Steven P. Pixley and Colin M. Thompson, hereby stipulate and move the Court for an order as follows:

   1.  Plaintiffs' Opposition to Defendants' Motion to Dismiss First Amended Complaint, presently due on December 21, 2021, is hereby stipulated to be moved, filed and served on December 29, 2021;

   2.  Defendants' Reply, if any, shall be filed and served on January 14, 2022; and

- 1 -

The scheduled hearing date on Defendants' motion to dismiss shall be moved from January 7 at 9:00 a.m. to January 27, 2021 at 9:00 a.m. or to a date and time convenient to the Court.

Plaintiffs' counsel requested this stipulation because of scheduling conflict and press of business.

SO STIPULATED AND MOVED this 21st day of December, 2021.


_____/s/_____
**JOE HILL**
Counsel for Plaintiffs

_____/s/_____
**COLIN M. THOMPSON**
Counsel for Defendants


_____/s/_____
**STEVEN P. PIXLEY**
Counsel for Defendants