F I L E D
Clerk
District Court

DEC 22 2021

for the Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ABU YOUSUF and MD. ROKONNURZZAMAN, <br><br> **Plaintiffs,** <br><br> -vs- <br><br> **LONGFENG CORPORATION *dba* NEW XO MARKET and PARTY POKER, GUOWU LI, and XU GUI QING, jointly and severally, FELOTEO V. RANADA dba NVM ENTERPRISES, jointly and severally,** <br><br> **Defendants.** | Case No. 1:21-cv-00015 <br><br><br> **ORDER GRANTING STIPULATION TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT** |

Based on the parties' Stipulation to Extend Time for Plaintiffs to Respond to Defendants' Motion to Dismiss First Amended Complaint (ECF No. 22) and FOR GOOD CAUSE SHOWN, the Court GRANTS the Stipulation and orders as follows:

1. Plaintiffs' Opposition to Defendants' Motion to Dismiss First Amended Complaint shall be due on or before December 29, 2021;

2. Defendants' Reply, if any, shall be due on or before January 14, 2022;

3. The hearing on the motion is rescheduled to February 3, 2022 at 9:00 a.m.; and

4. The January 7, 2022 status conference is also reset to February 3, 2022 at 9:00 a.m.

SO ORDERED this 22nd day of December, 2021.

_____
RAMONA V. MANGLONA
Chief Judge

- 1 -