FILED
Clerk
District Court

DEC 28 2021

for the Northern Mariana Islands
By_____
(Deputy Clerk)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| **ABU YOUSUF and MD. ROKONNURZZAMAN,** | **Case No. 1:21-cv-00015** |
| **Plaintiffs,** | |
| **-vs-** | **ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' DISCOVERY REQUESTS** |
| **LONGFENG CORPORATION *dba* NEW XO MARKET and PARTY POKER, GUOWU LI, and XU GUI QING, jointly and severally, FELOTEO V. RANADA dba NVM ENTERPRISES, jointly and severally,** | |
| **Defendants.** | |

Based on the parties' Stipulation to Extend Time to Respond to Plaintiffs' Discovery Requests (ECF No. 21) and FOR GOOD CAUSE SHOWN, the Court GRANTS the Stipulation and allows Defendants, Longfeng Corporation dba New XO Market and Party Poker, Guowu Li, and Xu Gui to respond to Plaintiffs' discovery requests on or before January 6, 2022.

SO ORDERED this 28th day of December, 2021.

RAMONA V. MANGLONA
Chief Judge