Honorable Chief Judge Ramona V. Manglona
In the United States District Court
For the Northern Mariana Islands



FILED
Clerk
District Court

JAN 10 2022

for the Northern Mariana Islands
(Deputy Clerk)

Dear Honorable Chief Judge Ramona V. Manglona,

May I have the honor to join to the PIXLEY LAW OFFICE LLC, Steven P. Pixley, the Attorney for defendant of LONG FENG Corporation dba New XO Market and Party Poker, Motion to dismiss Hearing set on February 3, 2022 at 9:00 AM. My case civil case NO. 1:21-cv-00015.

I respectfully requests that no judgement be entered against me and this action be dismissed. I'm only employee of Nenita Valdez Marquez dba NVM Enterprises who owns the business.

Thank you so much.

Respectfully,

Feloteo V. Ranada
PMB 63 Box 10001
Saipan MP 96950
Tel. # (670) 287-0147
Email; ranadafeloteo@yahoo.com