# Business License



**DEPARTMENT OF FINANCE**
Division of Revenue and Taxation
Commonwealth of the Northern Mariana Islands

IN COMPLIANCE WITH PUBLIC LAW 11-73, AND ALL OTHER APPLICABLE LAWS IN THE COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, THE LICENSEE:

NENITA V. MARQUEZ
NVM Enterprises

LOCATED AT

Chalan Kiya

IS HEREBY LICENSED TO ENGAGE IN THE BUSINESS OF

Security Guard Service    561612

THE AUTHORITY OF WHICH TO OPERATE UNDER SECTION 5611(d)
THIS LICENSE IS NON-TRANSFERABLE AND SHALL COMMENCE ON 1/13/2019 AND EXPIRE ON 1/13/2020

NO. 5346 - 0005 - 2

DATE OF ISSUE 1/15/2019

Larrisa Larson
SECRETARY OF FINANCE

(This license must be displayed in a conspicuous place)

---

# Business License



**DEPARTMENT OF FINANCE**
Division of Revenue and Taxation
Commonwealth of the Northern Mariana Islands

IN COMPLIANCE WITH PUBLIC LAW 11-73, AND ALL OTHER APPLICABLE LAWS IN THE COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, THE LICENSEE:

NENITA V. MARQUEZ
NVM Enterprises

LOCATED AT

Chalan Kiya

IS HEREBY LICENSED TO ENGAGE IN THE BUSINESS OF

General Commercial Help Supply Service    56132

THE AUTHORITY OF WHICH TO OPERATE UNDER SECTION 5611(d)
THIS LICENSE IS NON-TRANSFERABLE AND SHALL COMMENCE ON 1/13/2019 AND EXPIRE ON 1/13/2020

NO. 5346 - 0016 - 1

DATE OF ISSUE 1/15/2019

Larrisa Larson
SECRETARY OF FINANCE

(This license must be displayed in a conspicuous place)