FILED
Clerk
District Court
JAN 20 2022
for the Northern Mariana Islands
By_____ (Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ABU YOUSUF and MD. ROKONNURZZAMAN,<br><br>          Plaintiffs,<br>-vs-<br><br>LONGFENG CORPORATION dba NEW XO MARKET and PARTY POKER, GUOWU LI, and XU GUI QING, jointly and severally, FELOTEO V. RANADA dba NVM ENTERPRISES, jointly and severally,<br><br>          Defendants. | Case No. 1:21-cv-00015<br><br>ORDER GRANTING STIPULATION TO CONTINUE DEFENDANTS' MOTION TO DISMISS HEARING AND STATUS CONFERENCE |

    Based on the parties' Stipulation to Continue Defendants' Motion to Dismiss Hearing and Status Conference (ECF No. 28) and FOR GOOD CAUSE SHOWN, the Court GRANTS the Stipulation. The Defendants' Motion to Dismiss will be heard on February 10, 2022 at 9:30 a.m. in the 3rd Floor Courtroom.

    SO ORDERED this 20th day of January, 2022.

                                    _____
                                    RAMONA V. MANGLONA
                                    Chief Judge