**Commonwealth Healthcare Corporation**
Division of Public Health
Bureau of Environmental Health

Renewal = 03/03/2020
7:30 an

Clinic: PMC

## FOOD HANDLER'S CERTIFICATE APPLICATION   05275

Applicant, please check one: ( ) New   (✓) Renewal   ( ) Duplicate   ( ) Replacement

Applicant's Name: YOUSUF (Last) ABU (First) ____ (Middle Initial)

Sex: ____   Home Phone: ____

Birth Date: ____

SS No. or Entry Permit No.: ____   Entry Permit Expiration: ____

Name of Corporation: Long Feng Corporation   dba: New XD Market

Location: Chalo Kan Saipan   Work Phone: 235-9168

Job Title: Bagger / Security   Ethnicity: Bangladesh (Country of Origin)

Applicant is required to obtain the following from CNMI licensed Private Clinic:


EXHIBIT 1