Commonwealth of the Northern Mariana Islands
Department of Public Health
Division of Public Health
Bureau of Environmental Health

# FOOD HANDLER CERTIFICATE

| Field | Value |
|---|---|
| Name (Last, First, Middle Initial) | YOUSUF, ABU |
| Date of Birth | 01/01/72 |
| Sex | (X) M ( ) F |
| Social Security Number/Entry Permit Card Number | |
| FHC Issue Date | 03/20/20 |
| P.E. Date / Clinic | 02/25/20 |
| Name of Business/Corp. | NEW XO MARKET |
| Date of Expiration (Coincide w/ Entry Permit) | 02/25/21 |
| Location of Business/Employer | GUALO RAI |
| Country/Citizenship | BANGLADESH |
| Occupation | BAGGER |
| Status | ( ) New  (X) Renewal  ( ) Duplicate Ref.:___  ( ) Replacement Ref.:___ |

DIR. BUREAU OF ENVT. HEALTH
~~DEPUTY SECRETARY XXXXXXXXX~~

This Certificate must be readily available upon request by Health Inspectors.

P.O. Box 500409 CK, Saipan, MP 96950
Tel: (1-670) 664-4870/0/3/4 • Fax: (1-670) 664-4871

Form DPH-BEH 6

0010551

EXHIBIT 2