# ANNUAL CORPORATION REPORT

Filing Fee $50.00/Make Check Payable to: CNMI TREASURER
File Original and Two Copies

FILING:

FILED
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
*Department of Commerce*
DATE: 1/8/20   TIME: 12:55 AM/PM
REGISTRAR OF CORPORATION

FILE WITH: REGISTRAR OF CORPORATIONS
Department of Commerce
2nd Floor, Joeten Dandan Building Room 27
Caller Box 10007
Saipan, MP 96950

IITIAL REPOR _____       REPORT FOR THE YEAR: ___2019___
CHECK ONE: ( xx ) Domestic Corporation      ( ) Foreign Corporation

| Name, Mailing Address & Telephone No. of Corportion: | (Attach map showing location if address is only a P.O. Box) |
|---|---|
| LongFeng Corporation<br>P.O.BOX 505716 Saipan MP 96950 | Telephone Number: 670-2354458 |
| Name, Mailing Address & Telephone No. of Registered Agent:<br>GuoWu Li<br>P.O.BOX 505716 Saipan MP 96950 | (Attach Map showing location if address is only a P.O. Box)<br><br>Telephone Number: 670235-4458 |

LIST OF DIRECTORS:

|  | Nationality | Address |
|---|---|---|
| GuoWu Li | CHN | P.O.BOX 505716 Saipan MP 96950 |

LIST OF OFFICERS:

|  | Position | Nationality | Address |
|---|---|---|---|
| GuoWu Li | President/Secretary | CHN | P.O.BOX 505716 Saipan MP 96950 |

DESCRIPTION OF BUSINESS ACTIVITIES - List all lines of business:
Retail store/Poker Room/ Wholesales

STOCK ISSUED AND OUTSTANDING:

| | Class of Shares | Amount Paid for Shares |
|---|---|---|
| 1,750,000.00 | Common | 1,750,000.00 |

| NAME OF SHAREHOLDERS | IMMIGRATION STATUS | NATIONALITY | NUMBER OF SHARES HELD |
|---|---|---|---|
| GuoWu Li | E-2C | CHN | 1,750,000.00 |

Date: 1/10/2020

Signature: GuoWu Li/President
PRINT NAME & TITLE OF PERSON SIGNING
(Must be Director or Officer of the Corporation.)

EXHIBIT 3

#0038130057