<<<N.V.M. ENTERPRISES DBA NVM SECURITY SERVICES>>>
PMB 851 BOX 10001
SAIPAN MP 96950 USA
TE. # 1-670-287-0147/322-0612/287-6387
Email: ranadafeloteo@yahoo.com

November 30,2018

Mrs. XU GUI QING
General Manager/Owner
LONG FENG CORPORATION
P.O. BOX 504849 XMB 158
SAIPAN MP 96950 USA

## BILLING STATEMENT

Dear Ma'am XU GUI

This is to bill you the sum of ONE THOUSAND SEVEN HUNDRED SIXTY SEVEN AND 50/100 DOLLARS ($1,767.50c) for the services rendered by our security officers posted at New XO Market and Party Poker for the period ending November 16TH TO 30TH ,2018 as computed below.

23:30H to 07:30H x 8hrs. x 1 gd. 15 days = 120 hours- (didar ))
08:00H to 16:00H x 8hrs. x 1 gd. 14 days = 125 hours- (rokon)
16:00H to 23:30H x 7.5 hrs.x 1gd. 14 days = 105 hours (Abu)

Total number of hours 350 hours
Rate an hour $5.05c

Total amount $1,767.50c
Xxxxxxxxx
10.10
1,457.40

Please make the check payable to N.V.M ENTERPRISES.
Thank you for your kind attention.

12/07/18

Sincerely,

Fhel V. RANADA
Operations
Cc; file

REMARKS:
Attached individual TIME CARD of the guard.

104.5
123.5
120
3480

348
5.05

EXHIBIT 4

0083