## <<<N.V.M. ENTERPRISES DBA NVM SECURITY SERVICES>>>
PMB 851 BOX 10001
SAIPAN MP 96950 USA
TE. # 1-670-287-0147/322-0612/287-6387
Email: ranadafeloteo@yahoo.com

September 30, 2019
Mrs. XU GUI QING
General Manager/Owner
LONG FENG CORPORATION
P.O. BOX 504849 XMB 158
SAIPAN MP 96950 USA

## BILLING STATEMENT

Dear Ma'am XU GUI

This is to bill you the sum of ONE THOUSAND TWO HUNDRED TWELVE AND 67/100 DOLLARS ($1,212.67c) for the services rendered by our security officers posted at New XO Market and Party Poker for the period ending September 16th to 30th, 2019 as computed below.

```
2330H to 0730H  x 8 hrs. x 1 gd. X 01 das   =  08   hours- (timi)
2330H to 0730H  x 8 hrs.  -0-    x 01 day   =  08   hours  (raul)
2330H to 0700H  x 8 hrs.  -0-    x 13 days  =  97.5 hours  (raul)
1630H to 2330H  x 7hrs.   -0-    x 15 days  =  105  hours  (abu)
```

Total                218.5 hours
Rate an hour         $5.55c

Total amount         $1,212.67c
                     Xxxxxxxxx

Please make the check payable to N.V.M ENTERPRISES.
Thank you for your kind attention.

Sincerely,                          REMARKS:
                                    Attached their TIME CARD
Fhel V. RANADA
Operations
Cc; file

*(Handwritten annotations:)*
105 × 5.55 = 582
113.5 × 5.55  629
$1212.67
10/10/19

EXHIBIT 5

0050