## N.V.M Enterprises dba Security Services

PMB 851 BOX 10001, Saipan MP 96950 USA-Tel.#(1-670)322-0612/Cel.#(1-670)287-0147
E-mail-ranadafeloteo@yahoo.com
Construction Building contractor/Food catering services/General Retail merchandise/Lawn mower
Commercial cleaner/Auto shop clinic/Taxi services

September 15, 2020

MRS. XU GUI QING
General Manager
LONG FENG CORP. dba New XO Market
P.O BOX 504849 XMB 158
Saipan MP 96950 USA

Dear Madame Xu Gut,

This is to bill you the sum of SEVEN HUNDRED TWENTY SIX AND 00/100 DOLLARS ($72600) for the services rendered by our guard posted New XO Supermarket from September 1st to 15th, 2020 as computed below;

Total number of working hours as per attached D,T,R = 120 hours
Rate an hour                                         $6.05c
Total amount                                         $726.00
                                                     xxxxxxx

Please make check payable to "N.V.M. ENTERPRISES"

Thank you very much for your kind attention.

Sincerely,

Fhel RANADA
Company representative
Cc; file

EXHIBIT 6

0007