FILED
Clerk
District Court

MAR 31 2022

for the Northern Mariana Islands
By _____
(Deputy Clerk)

**HONORABLE CHIEF JUDGE RAMONA V. MANGLONA**
**MAGISTRATE JUDGE HEATHER L. KENNEDY**
In the United States district Court for the Northern Mariana Islands

Dear Honorable Chief Judge Ramona V. Manglona and
  Magistrate Judge Heather L. Kennedy

Greetings;
Your honor, I'm also a big VICTIM on this Civil case No. 1:21-cv-00015.

When I was terminated in Ken Aqua Hotel and Resort, Inc., dba Aqua Resort Hotel Saipan as a Security guard and Security guard supervisor because of my HEARING PROBLEM (Discrimination Case Civil action No. 16-00008) in 2014, my employer NENITA VALDEZ MARQUEZ dba NVM ENTERPRISES, she re-assigned me at LONGFENG CORPORATION dba XO Market and Party Poker around 2014 until around 2017.

Before my employer assigned me in XO MARKET and PARTY POKER, she instructed me to re-submit a new proposal adjustment contract rate in accordance with the Federal Minimum labor wage law because the contract rate an hour between Nenita Valdez Marquez dba NVM Enterprises and LONGFENG CORPRORATION dba XO Market and Party Poker is far behind in the US Standard Federal Minimum Labor Wage Law.

However, your honor only to be denied by Ms. Xu Gui Qing the owner of LONG FENG CORPORATION dba XO Market and Party Poker. She even threaten to change our company and award her company to another Bangladesh security agency who offer more below the minimum wage law if our company insisting to asked for the Minimum Labor wage law.

On that time I really need work to support my family in the Philippines for their financial daily need. I have no choice I accept though behind the minimum wage law as long I have work.

p-2 of p-1

My duties and responsibilities as security guard at Party Poker room is to protect and safeguard the life of the customers as well as the Cashier booth from any Criminal Act. My tour of duty from 11:OO am to 7:OO am. However, the owner of XO Ms, XU Gui Qing she give me additional work. She instructed me that before I start my duty as a security guard at Party Poker room, I will work at XO Market store from 11:00 pm as a Bagger and other work not related to security no question on that, it's a client need, until closing time at the store around 12 midnight then I continue to my regular post at Party Poker until 7:00 am, 8 hours a day, Monday to Sunday and 7 days a week.

In the year 2017 my employer she asked me to stop working at XO Market and at Party Poker as she give me another work responsibilities in her other business and aside as her Security Supervisor.

Meanwhile, the allegations of the plaintiffs that I'm doing business and or operated and controlled under my name FELOTEO V RANADA dba NVM Enterprises, it's a lie and false accusation.

N.V.M Stand for; <u>NENITA VALDEZ MARQEZ</u> dba NVM ENTERPRISES and it is not FELOTEO V. RANADA dba NVM Enterprises.

WHEREFORE, I respectfully request again a motion that no judgement be entered against me and that this action be dismissed. And any other such relief as the court deems just and equitable. Thank you very much.

I beg to remain.

Respectfully submitted by;

Feloteo V. Ranada
Defendant Pro Se
Case civil case NO. 1:21-00015
Tel # (670)287-0147
Email; ranadafeloteo@yahoo.com

<u>- Attached herewith my</u>;
-CW-1- I-129 petition for a none immigrant worker, as a proof and other documents, that I'm only employee of Nenita Valdez Marquez dba NVM Enterprises.

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| Receipt Number | | Case Type |
|---|---|---|
| WAC1814251817 | | I129 – PETITION FOR A NONIMMIGRANT WORKER |
| Received Date | Priority Date | Petitioner |
| 04/16/2018 | | NENITA V MARQUEZ DBA NVM ENT SECUR |
| Notice Date | Page | |
| 04/21/2018 | 1 of 1 | |

NENITA V MARQUEZ DBA NVM ENT SECUR  
c/o NENITA V MARQUEZ  
PMB 851 BOX 10001  
SAIPAN MP 96950

Notice Type: Receipt Notice  
Amount Received: $17,920.00 U.S.  
Class requested: CW1

We have received the application or petition ("your case") listed above. This notice only shows that your case was filed on the "Received Date" listed above. It does NOT grant you any immigration status or immigration benefit, and it is not evidence that your case is still pending. We will notify you in writing when we make a decision on your case or if we need additional information.

Please save this and any other notices about your case for your records. You should also keep copies of anything you send us, as well as proof of delivery. Have these records available when you contact us about your case.

If any of the above information is incorrect or you have any questions about the status of your case, please call the USCIS National Customer Service Center (NCSC) at 1-800-375-5283 or visit the USCIS website at www.uscis.gov. If you are hearing impaired, the NCSC TDD number is 1-800-767-1833. If you call us, please have your Alien Registration Number (A-Number) and/or the receipt number shown above. The receipt number is a tracking number for your case and will help with inquiries.

Processing time - Processing times vary by case type. Go to www.uscis.gov to see the current processing times listed by case type and office.

* View your case status on our website's Case Status Online page.
* You can also sign up to receive free email updates as we process your case.
* Most of the time your case is pending, the process status will not change. This is because we are working on cases that were filed before your case.
* When we make a decision on your case or if we need something from you, we will notify you by mail and update our system.
* If you do not receive an initial decision or update from us within our current processing time, contact the NCSC at 1-800-375-5283 or visit our website at www.uscis.gov.

If your address changes - If your mailing address changes while your case is pending, please update your address with us using the Online Change of Address option at www.uscis.gov or by calling the NCSC at 1-800-375-5283. Otherwise, you might not receive notices about this case.

Number of workers: 4

| Name | DOB | COB | Class | Consular/POE | OCC |
|---|---|---|---|---|---|
| ROBREDO, ALFREDO ZARDE | | PHILIPPINES | CW1 | | |
| SANADA, FILOMEO VICTORIANO | | PHILIPPINES | CW1 | | |
| SCHALUCK, ALEINO N ORTIZ | | PHILIPPINES | CW1 | | |
| ORTIZ, PEDRICO VALDES | | PHILIPPINES | CW1 | | |

Return of Original Documents - Use Form G-884 to request the return of original documents submitted to establish eligibility for an immigration or citizenship benefit. You only need to submit one Form G-884 if you are requesting multiple documents contained in a single USCIS file. However, if the requested documentation is in more than one USCIS file, you must submit a separate request for each file. (For example: if you wish to obtain your mother's birth certificate and your parents' marriage certificate, both of which are in the USCIS file that pertains to her, submit one Form G-884 with your mother's information.)

NOTICE: Under the Immigration and Nationality Act (INA), the information you provide on and in support of applications and petitions is submitted under the penalty of perjury. USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.



Please see the additional information on the back. You will be notified separately about any other cases you filed.

California Service Center  
U. S. CITIZENSHIP & IMMIGRATION SVC  
P.O. Box 30111



**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**I-797A, Notice of Action**

# THE UNITED STATES OF AMERICA

| | |
|---|---|
| **RECEIPT NUMBER** WAC-16-214-50862 | **CASE TYPE** I129 PETITION FOR A NONIMMIGRANT WORKER |
| **RECEIPT DATE** July 28, 2016 | **PETITIONER** NENITA V MARQUEZ DBA NVM ENTERPRIS |
| **PRIORITY DATE** | |
| **NOTICE DATE** February 7, 2017 | **BENEFICIARY** RANADA, FELOTEO V. |
| **PAGE** 1 of 2 | |

NENITA V MARQUEZ DBA NVM ENTERPRIS
C/O NENITA V MARQUEZ
PMB 851 BOX 10001
SAIPAN MP 96950

Notice Type: Approval Notice
Class: CW1
Valid from 12/11/2016 to 12/10/2017
Consulate:

The above petition and extension of stay have been approved. The status of the named foreign worker(s) in this classification is valid as indicated above. The foreign worker(s) can work for the petitioner, but only as detailed in the petition and for the period authorized. Changes in employment or training may require you to file a new Form I-129 petition. Since this employment or training authorization stems from the filing of this petition, separate employment or training authorization documentation is not required. Please contact the IRS with any questions about tax withholding.

The petitioner should keep the upper portion of this notice. The lower portion should be given to the worker. He or she should keep the right part with his or her Form I-94, Arrival-Departure Record. The I-94 portion should be given to the U.S. Customs and Border Protection when he or she leaves the United States. The left part is for his or her records. A person granted an extension of stay who leaves the U.S. must normally obtain a new visa before returning. The left part can be used in applying for the new visa. If a visa is not required, he or she should present it, along with any other required documentation, when applying for reentry in this new classification at a port of entry or pre-flight inspection station. The petitioner may also file Form I-824, Application for Action on an Approved Application or Petition, to request that we notify a consulate, port of entry, or pre-flight inspection office of this approval.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO).

Please see the additional information on the back. You will be notified separately about any other cases you filed.
CALIFORNIA SERVICE CENTER
US CITIZENSHIP & IMMIGRATION SVCS
P.O. BOX 30111
LAGUNA NIGUEL   CA   92607-0111
Customer Service Telephone: (800) 375-5283
Form I797A (Rev. 10/31/05)N

---

PLEASE TEAR OFF FORM I-94 PRINTED BELOW, AND STAPLE TO ORIGINAL I-94 IF AVAILABLE

**Detach This Half for Personal Records**

Receipt#  WAC-16-214-50862
I-94#  398385966 23
NAME  RANADA, FELOTEO V.
CLASS  CW1

VALID FROM 12/11/2016 UNTIL 12/10/2017

PETITIONER: NENITA V MARQUEZ DBA NVM ENTERPRIS
PMB 851 BOX 10001
SAIPAN MP 96950

**398385966 23**
Receipt Number  WAC-16-214-50862
United States Citizenship and Immigration Services
I-94
Departure Record     Petitioner: NENITA V MARQUE

14. Family Name  RANADA
15. First (Given) Name  FELOTEO
16. Date of Birth
17. Country of Citizenship  PHILIPPINES



# FAMCO Security Services

P.O. BOX 787, SAIPAN, MP, U.S.A., 96950
TEL: 234-0446/8403

FIXED POST SECURITY o ROVING PATROL o SECURITY ESCORT SERVICES o PROCESS SERVER SERVICES o COLLECTION SERVICES

February 22, 1993

TO WHOM IT MAY CONCERN:

This is to certify that **Mr. Feloteo V. Ranada** is an employee of FAMCO Security Services as a Supervisor from 1989 up to present, his employment with FAMCO Security Services will automatically be renewed every year it expires until the time Mr. Ranada F.V decides to resign.

He is receiving a monthly salary/compensation of Eight Hundred Dollars Only (US$800.00).

Be it known to be for being worthy to his job, honest and loyal to our company.

This certification is being issued upon the request of Mr. Ranada for whatever legal purposes it may serve.

Sincerely,

Frances B. Attao
Owner

File



**AQUA RESORT CLUB**
Saipan

## CERTIFICATION

TO WHOM IT MAY CONCERN:

This to certify that MR. FELOTEO V. RANADA, an employee of FAMCO Security Services, has been assigned in Aqua Resort Club Saipan Co., Ltd. since January 1991 as Security Supervisor.

MR. RANADA handled his assignment with confidence, has excellent working relationship, efficient and trustworthy.
He is an asset to any company or establishment he may choose in his future career.

This certification is being issued to Mr. Ranada for whatever legal purpose it may serve him best.

Given this 15th day of November 1993 at Saipan Commonwealth of the Northern Mariana Islands.

MYRNA P. BOYER
Acting Personnel Manager