**JOE HILL**
**HILL LAW OFFICES**
P.O. Box 500917
Saipan, MP 96950
Tel.: (670) 234-7743/6806
Fax:  (670) 234-7753
E-mail: vesta@pticom.com

*Attorney for Plaintiffs Abu Yousuf and Md. Rokonnurzzaman*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **ABU YOUSUF and MD. ROKONNURZZAMAN,**<br><br>Plaintiffs,<br><br>vs.<br><br>**LONGFENG CORPORATION** *dba/aka* **NEW XO MARKET and PARTYPOKER, GUOWU LI, XU GUI QING, FELOTEO V. RANADA** *dba* **N.V.M. ENTERPRISES**, **jointly and severally,**<br><br>Defendants. | **Civil Case No. 1:21-cv-00015**<br><br><br>**DECLARATION OF JOE HILL IN SUPPORT OF PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT** |

I, **JOE HILL**, hereby depose and say:

1. I am over the age of eighteen (18) years old, an adult person with personal knowledge of the matters set forth herein and am competent to testify as to such matters in a court of law.

2. I am the attorney for the Plaintiffs in the above-entitled matter.

3. Pursuant to the Court's Order (Civil Minutes) dated February 10, 2022, Plaintiffs, through counsel, filed and served their Second Amended Complaint for Violation of the Fair Labor Standards Act (SAC).

4. Defendants, including Defendant Feloteo V. Ranada, were served with the SAC, as reflected on the Notice of Electronic Filing (copy attached).

5. Pursuant to Fed. R. Civ. P. 15 (a)(3), if the pleading amended is one to which a responsive pleading is appropriate, the opposing party will have either the time remaining before a response to the unamended pleading was due, or fourteen days — whichever is longer — in which to respond. *Id.*

6. Accordingly, Defendant Feloteo V. Ranada had until March 10, 2022 to file his response to the SAC.

7. The fourteen (14) day period for answering the SAC has already expired.

8. Defendant Feloteo V. Ranada has failed to plead or otherwise defend within the time required and, therefore, is now in default.

9. Plaintiffs request and move that the Court enter default against Defendant Feloteo V. Ranada.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 14th day April, 2022 in Saipan, Commonwealth of the Northern Mariana Islands.

_____/s/_____
**JOE HILL**
Declarant