Gmail

Roly Calayo <rbcalayo13@gmail.com>

---

## Activity in Case 1:21-cv-00015 Yousuf et al v. Longfeng Corporation et al
1 message

---

**ecf-nmid@nmid.uscourts.gov** <ecf-nmid@nmid.uscourts.gov>  Thu, Feb 24, 2022 at 5:26 PM
To: ecf-nmid@nmid.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Northern Mariana Islands

### Notice of Electronic Filing

The following transaction was entered by Hill, Joe on 2/24/2022 at 5:26 PM GMT+10 and filed on 2/24/2022
**Case Name:**        Yousuf et al v. Longfeng Corporation et al
**Case Number:**      1:21-cv-00015
**Filer:**            Abu Yousuf
**Document Number:** 33

**Docket Text:**
**Second AMENDED COMPLAINT *FOR VIOLATION OF FAIR LABOR STANDARDS ACT* against All Plaintiffs, filed by Abu Yousuf. (Attachments: # (1) Exhibit Food Handler Certificate Application, # (2) Exhibit Food Handler Certificate, # (3) Exhibit Annual Corporation Report, # (4) Exhibit Billing Statement 11.30.2018, # (5) Exhibit Billing Statement 9.30.2019, # (6) Exhibit Billing Statement 9.15.2020) (Hill, Joe)**

**1:21-cv-00015 Notice has been electronically mailed to:**

Colin M. Thompson &nbsp &nbsp cmtlaw@live.com, dasery.cmtlaw@outlook.com, joedy.cmtlaw@outlook.com, mae.cmtlaw@outlook.com, thompsonlaw.filingnotices@gmail.com, thompsonlawllccnmi@gmail.com

Feloteo V Ranada &nbsp &nbsp ranadafeloteo@yahoo.com

Joe Hill &nbsp &nbsp vesta@pticom.com, alma59_ng@yahoo.com, rbcalayo13@gmail.com

Steven P Pixley &nbsp &nbsp pixleylaw@outlook.com, maricar_quintu@tanholdings.com, susan_espanillo@tanholdings.com

**1:21-cv-00015 Notice will be delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1107461626 [Date=2/24/2022] [FileNumber=263537-0]
[6b080948e519f6f7f5874107ba3b1b4eb30e2c6770c2273daf2e4a28283556301286
3d5f3be1cd749ac9c7839b83b6fab2f76d7f39d8d702bc6a66d8ed205c9f]]
**Document description:** Exhibit Food Handler Certificate Application
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1107461626 [Date=2/24/2022] [FileNumber=263537-1]
[2aa82f4a89ad908b8c368c9ce1d7127d9b8e4bb1f5d9683a6c53c5d59cfc04e4c2fb

**Document description:**Exhibit Food Handler Certificate
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1107461626 [Date=2/24/2022] [FileNumber=263537-2]
[6467630651b4315d6d729ddca6609e2c4c4e4c375b050e749fa1aef0b274facf8389
f7ca970193482c4ffcecec5bde9197394fd88bfbb2d6ea3a34981f897c1f]]
**Document description:**Exhibit Annual Corporation Report
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1107461626 [Date=2/24/2022] [FileNumber=263537-3]
[507bc071a70aa32f3b93493e27280f97b167ba9b247faa1cc23b581c87664a8d65f1
e6c1318c53de618e0c4729bdaae5ed3f77bc8661de81bc51cbd2dfc4c2d1]]
**Document description:**Exhibit Billing Statement 11.30.2018
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1107461626 [Date=2/24/2022] [FileNumber=263537-4]
[8debe8600f3f8aec8d34d56b63d739d7ad7999c265a446d6e7cd56f5a14cc4be3bdd
92c170a358641f5ea0a850727d455874773f2e052bbe04e167a76518cb92]]
**Document description:**Exhibit Billing Statement 9.30.2019
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1107461626 [Date=2/24/2022] [FileNumber=263537-5]
[27253670dcb10d756cac76bf2debc857966869ddfc44a868757208cba8f5b1bb260f
3e2b422e23f8c93416f8211e2681b9c40bff704fb51311c859a5a58f9ce1]]
**Document description:**Exhibit Billing Statement 9.15.2020
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1107461626 [Date=2/24/2022] [FileNumber=263537-6]
[ab9ae8d4b76f06fd745bf304f3b5e434e1601ccd7cb14fb594528838f48df2d1b53e
60ea7176c4bb66db7b2fa0e6eca1d3424ff30af70e0b410c2589d1d34c3f]]