**PIXLEY LAW OFFICE, LLC**
Steven P. Pixley, Esq.
Third Floor, TSL Plaza
Beach Road, Garapan
Post Office Box 7757
Saipan, MP  96950
Telephone: (670) 233-2898/5175
Facsimile: (670) 233-4716

**THOMPSON LAW, LLC**
Colin M. Thompson, Esq.
J.E. Tenorio Building
PMB 917 Box 10001
Saipan, Mariana Islands 96950
Telephone: (670) 233-0777
Facsimile: (670) 233-0776

*Attorney for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **ABU YOUSUF and MD. ROKONNURZZAMAN**<br>　　　　　　**Plaintiff,**<br><br>-vs-<br><br>**LONGFENG CORPORATION** *dba* **NEW XO MARKET and PARTY POKER, GUOWU LI, and XU GUI QING, and FELOTEO V. RANADA dba NVM ENTERPRISES, jointly and severally,**<br><br>　　　　　　**Defendants.** | Case No. 1:21-CV-00015<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date: May 5, 2022<br>Time: 1:30 p.m.<br>Judge: Hon. Ramona V. Manglona |

**COMES NOW,** Defendants, LongFeng Corporation dba New Xo Market and Party Poker, Guowu Li, and Xu Gui Qing ("Defendants"), through their counsel Steven P. Pixley and Colin M. Thompson and Abu Yousuf and MD. Rokonnurzzaman ("Plaintiffs"), through their counsel Joe Hill,

- 1 -

to stipulate for an order from the Court to continue the Case Management Conference scheduled for May 5, 2022, at 1:30 p.m. for 30 days to a date and time convenient to the Court.

The parties request the extension because the parties were unable to meet and confer in advance for filing the Joint Case Management Conference Statement.

Respectfully submitted of 22nd day of April, 2022.

| | |
|---|---|
| */s/ Colin M. Thompson* | */s/ Joe Hill* |
| **THOMPSON LAW, LLC** | **HILL LAW OFFICES** |
| Colin M. Thompson | Joe Hill |
| *Attorney for Defendants* | *Attorney for Plaintiffs* |

*/s/Steven P. Pixley*
**PIXLEY LAW OFFICE, LLC**
Steven P. Pixley
*Attorney for Defendants*