

# Nenita Valdez Marquez dba NVM Ent.

- General Construction Contractor
- General Automotive Repair Shop
- Retail General Merchandise
- N.V.M. Security Services
- Mobile Snack & Catering

AAA Box 851-10001, Saipan, MP 96950
Tel.: (670) 235-7564
Beeper: 234-4550

## AGREEMENT

I, NENITA VALDEZ MARQUEZ, Owner and General Manager of NVM Enterprises, whose address is AAA Box 851-10001, Saipan, MP-96950 CNMI agree and compensate Mr. Feloteo V. Ranada an hourly rate of $3.90¢ /hour and designated as my Chief Security Officer.

Likewise, any transactions may enter into in behalf of my Security Agency. I am authorizing him to handle and to perform his duties as a Security officer.

SUBSCRIBED AND SWORN to before me, a Notary Public by Nenita V. Marquez this 28th day of Dec. 1998.

*Nenita V. Marquez*

MS. NENITA V. MARQUEZ
Owner/General Manager
NVM Enterprises

E-#1


# ACKNOWLEDGEMENT

COMMONWEALTH OF THE NORTHERN
MARIANA ISLANDS
SAIPAN, MP 96950

On this __28th__ day of __December__ 1998 personally appeared before me __NENITA VALDEZ MARQUEZ__ known to me to be the person whose signature is subscribed to the foregoing instrument, and acknowledged that he/she executed the same voluntarily and for the purpose set forth therein.

IN WITNESS WHEREOF, I have hereunto set my hand and official seal the date written above.

RE: AGREEMENT

NOTARY PUBLIC
Delores Sison Padama
Notary Public
Commonwealth of the Northern Mariana Islands
My Commission expires on the __17th__ day __July__, 19__99__



# Business License

## DEPARTMENT OF FINANCE
### Division of Revenue and Taxation
#### Commonwealth of the Northern Mariana Islands

IN COMPLIANCE WITH PUBLIC LAW 11-73, AND ALL OTHER APPLICABLE LAWS IN THE COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, THE LICENSEE:

**NENITA V. MARQUEZ**
**NVM Enterprises**

LOCATED AT

**Chalan Kiya**

IS HEREBY LICENSED TO ENGAGE IN THE BUSINESS OF

**Security Guard Service**   561612

THE AUTHORITY OF WHICH TO OPERATE UNDER SECTION **5611(d)**

THIS LICENSE IS NON-TRANSFERABLE AND SHALL COMMENCE ON **1/13/2019** AND EXPIRE ON **1/13/2020**

NO. **5346 - 0065 - 2**

DATE OF ISSUE **1/15/2019**

Larrisa Larson
SECRETARY OF FINANCE

*(This license must be displayed in a conspicuous place)*

---



# Business License

## DEPARTMENT OF FINANCE
### Division of Revenue and Taxation
#### Commonwealth of the Northern Mariana Islands

IN COMPLIANCE WITH PUBLIC LAW 11-73, AND ALL OTHER APPLICABLE LAWS IN THE COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, THE LICENSEE:

**NENITA V. MARQUEZ**
**NVM Enterprises**

LOCATED AT

**Chalan Kiya**

IS HEREBY LICENSED TO ENGAGE IN THE BUSINESS OF

**General Commercial Help Supply Service**   56132

THE AUTHORITY OF WHICH TO OPERATE UNDER SECTION **5611(d)**

THIS LICENSE IS NON-TRANSFERABLE AND SHALL COMMENCE ON **1/13/2019** AND EXPIRE ON **1/13/2020**

NO. **5346 - 0016 - 1**

DATE OF ISSUE **1/15/2019**

Larrisa Larson
SECRETARY OF FINANCE

*(This license must be displayed in a conspicuous place)*

E-#2

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| Receipt Number | Case Type |
|---|---|
| WAC18[illegible] | I-129 – PETITION FOR A NONIMMIGRANT WORKER |
| Received Date | Petitioner |
| 04/[illegible]/2018 | NENITA V MARQUEZ DBA NVM ENT SECUR |
| Notice Date | Page |
| 04/[illegible]/2018 | 1 of 1 |

NENITA V MARQUEZ DBA NVM ENT SECUR
c/o NENITA V MARQUEZ
PMB 851 BOX 10001
SAIPAN MP 96950

Notice Type: Receipt Notice
Amount Received: $1[illegible] US
Class requested: CW1

We have received the application or petition ("your case") listed above. This notice only shows that your case was filed on the "Received Date" listed above. It does NOT grant you any immigration status or immigration benefit, and it is not evidence that your case is still pending. We will notify you in writing when we make a decision on your case or if we need additional information.

Please save this and any other notices about your case for your records. You should also keep copies of anything you send us, as well as proof of delivery. Have these records available when you contact us about your case.

If any of the above information is incorrect or you have any questions about the status of your case, please call the USCIS National Customer Service Center (NCSC) at 1-800-375-5283 or visit the USCIS website at www.uscis.gov. If you are hearing impaired, the NCSC TDD number is 1-800-767-1833. If you call us, please have your Alien Registration Number (A-Number) and/or the receipt number shown above. The receipt number is a tracking number for your case and will help with inquiries.

Processing times – Processing times vary by case type. Go to www.uscis.gov to see the current processing times listed by case type and office.

- View your case status on our website's Case Status Online page.
- You can also sign up to receive free email updates at our website [illegible].
- [illegible] your case is pending, the process status will not change. This is because we are working on cases that were filed before your case.
- When we make a decision on your case or if we need something from you, we will notify you by mail and update our system.
- If you do not receive an initial decision or update from us within our current processing time, contact the NCSC at 1-800-375-5283 or visit our website at www.uscis.gov.

If your address changes – If your mailing address changes while your case is pending, please update your address with us using the Online Change of Address system at www.uscis.gov or by calling the NCSC at 1-800-375-5283. Otherwise, you might not receive notices about this case.

Number of applicants: 5

| Name | DOB | COB | Class | Consular/POE | OCC |
|---|---|---|---|---|---|
| ROMERO, ALFREDO BAROS | [illegible] | PHILIPPINES | CW1 | | |
| BANADA, FELONIO VENTURA[illegible] | [illegible] | PHILIPPINES | CW1 | | |
| SCHALUCH, ALBINO N ORTIZ | [illegible] | PHILIPPINES | CW1 | | |
| ORTIZ, FEDERICO VALDES | [illegible] | PHILIPPINES | CW1 | | |

Return of Original Documents – The Form G-884 is a request for the return of original documents submitted to establish eligibility for an immigration or citizenship benefit. You only need to submit one Form G-884 if you are requesting [illegible] documents contained in a single USCIS file. However, if the requested documents [illegible] in more than one USCIS file, you must submit a separate request for each file. (For example, if you wish to claim your mother's birth certificate and your parents' marriage certificate, both of which may be in the USCIS file that pertains to her, submit one Form G-884 with your mother's information.)

NOTICE: Under the Immigration and Nationality Act (INA), the information you provide on or in support of applications and petitions is submitted under the penalty of perjury. USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the Internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you the legal opportunities listed on your Form G-28. If you submitted one, an opportunity to [illegible] that information before we make a formal decision on your case or start proceedings.

EX-#3

```
NENITA V MARQUEZ                                           1051
DBA NVM ENTERPRISES                                        59-306/1214
Pmb 851 Box 10001
Saipan, MP  96950
                                                    _____
                                                         Date
Pay to the
Order of _____|  $

_____  Dollars

First Hawaiian Bank.
OLEAI BRANCH
OLEAI CENTER, BEACH ROAD
CHALAN LAULAU
SAIPAN, MP  96950

For_____

⑆121403065⑆ 1051  12⑈031955⑈
```

EX-#4