February 3, 2023

**Honorable Chief Judge Ramona V. Manglona**
**Magistrate judge Heather L. Kennedy**
**In the United States District Court**
**For the Northern Mariana Islands**

FILED
Clerk
District Court

FEB 1 3 2023

for the Northern Mariana Islands
By _____
(Deputy Clerk)

Dear Honorable Judges,
Greeting.

Since I was wrongfully implicated as a co-defendant on this case # 1;21-cv-00015 as the employer of the plaintiffs and which I'm a victim also. The "N.V.M" of NVM Enterprises stand for NENITA VALDEZ MARQUEZ dba NVM Enterprises and is NOT spelled as my name Feloteo V. Ranada;

Wherefore, again I respectfully request your honorable judges in the United States District Court for the Northern Mariana Islands, that my MOTION will be granted and that no judgement be entered against me and that this action will be Dismissed with Prejudice. Thank you very much. God bless.

Herewith again attached are my supporting documents I have in my position and some the same which I submitted in the US District court on January 20, 2023 and with additional exhibit for filing Fact Discovery Motions deadline on February 3, and it was extended February 13, 2023 as a proof that I'm only an (OFW) Overseas Filipino Contract Worker since 1989.

Respectfully submitted by;

*[signature]*
Feloteo V. Ranada
Pro se case # 1-21-cv-00015
PMB 63 Box 10001, Saipan MP 96950/email; ranadafeloteo@yahoo.com