F I L E D
Clerk
District Court

FEB 14 2023

for the Northern Mariana Islands
By_____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ABU YOUSUF and MD ROKONNURZZAMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>LONG FENG CORP. d/b/a NEW XO MARKET and PARTYPOKER, GUOWU LI, XU GUI QING, and FELOTEO V. RANADA d/b/a NVM ENTERPRISES, jointly and severally,<br><br>Defendants. | Civil Case No. 1:21-cv-00015<br><br>ORDER DIRECTING PLAINTIFFS TO FILE A RESPONSE TO DEFENDANT RANADA'S MOTION FOR SUMMARY JUDGMENT |

      Plaintiffs initiated this civil action against Defendants Long Feng Corp. dba New XO Market, Guowu Li and Xu Gui Qing, jointly and severally, in May 2021. (Verified Compl., ECF No. 1.) On February 24, 2022, Plaintiffs filed their Second Amended Complaint for violations of the Fair Labor Standards Acts ("FLSA") and included Feloteo V. Ranada dba N.V.M. Enterprises (ECF No. 33.). Defendant Ranada, proceeding pro se, filed a motion to dismiss (ECF No. 39), which the Court ultimately denied on procedural grounds (Order, ECF No. 44). Ranada thereafter filed an answer (ECF No. 45) and a Second Amended Scheduling Order was issued (ECF No. 48).

      Now before the Court is Ranada's motion and related documents filed on February 13, 2023, which the Court construes as a motion for summary judgment. (ECF No. 58.) Accordingly, the Court hereby ORDERS that Plaintiffs file a response to Ranada's motion for summary judgment no later than 14 days from the date of this Order. Ranada's reply, if he chooses to file

one, is due no later than 7 days after any response. The motion is hereby set for a hearing on **March 23, 2023 at 10:00 a.m.**

IT IS SO ORDERED this 14th day of February, 2023.

_____
RAMONA V. MANGLONA
Chief Judge