F I L E D
Clerk
District Court

MAR 23 2023

for the Northern Mariana Islands
By_____
(Deputy Clerk)

## MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

1:21-cv-00015                                           March 23, 2023
                                                        10:40 a.m.

**YOUSUF ET AL V. LONGFENG CORPORATION ET AL**

PRESENT:  HON. RAMONA V. MANGLONA, CHIEF JUDGE PRESIDING
          GRETCHEN SMITH, LAW CLERK
          FRANCINE ATALIG, COURTROOM DEPUTY
          HEIDI DOOGAN, COURT REPORTER
          JOE HILL, ATTORNEY FOR PLAINTIFF
          ROLANDO CALAYO, ASSISTANT FOR ATTORNEY HILL
          FELOTEO RANADA, PRO SE DEFENDANT
          JOSELITO ESPINO, INTERPRETER FOR DEFENDANT RANADA

PROCEEDINGS:  MOTION FOR SUMMARY JUDGMENT

Interpreter was sworn.

Court addressed Defendant Ranada's Motion for Summary Judgment. Attorney Hill argued in opposition to the motion. Court had questions and parties responded.

Court withheld ruling on Defendant's Motion for Summary Judgment, ECF No. [58].

Court ordered Plaintiffs to file supplemental briefs no later than April 6, 2023, regarding issues on individual coverage, enterprise coverage, and single enterprise coverage.

                                        Adjourned at 12:05 p.m.
                                        /s/ Francine Atalig, Courtroom Deputy