JOE HILL
**HILL LAW OFFICES**
P.O. Box 500917
Saipan, MP 96950
Tel.: (670) 234-7743/6806
Fax:  (670) 234-7753
E-mail: vesta@pticom.com

*Attorney for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ABU YOUSUF and MD. ROKONNURZZAMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>LONGFENG CORPORATION *dba/aka* NEW XO MARKET and PARTYPOKER, GUOWU LI, XU GUI QING, FELOTEO V. RANADA *dba* N.V.M. ENTERPRISES, jointly and severally,<br><br>Defendants. | Civil Case No. 1:21-cv-00015<br><br>ABU YOUSUF'S DECLARATION IN SUPPORT OF OPPOSITION TO DEFENDANT FELOTEO V. RANADA'S MOTION FOR SUMMARY JUDGMENT |

I, ABU YOUSUF, hereby declare, depose and say:

1. I am over the age of eighteen (18) years, with personal knowledge of the matters set forth herein and I am competent to testify as to such matters in a court of law.

2. I am one of the Plaintiffs in the above-entitled matter.

3. On or about April 27, 2018, I met Mr. Feloteo V. Ranada ("Mr. Ranada") for the first time.

4. Mr. Ranada then introduced and recommended me to Ms. Xu, Gui Qing who interviewed and hired me to work for Longfeng Corporation at New XO Market and Partypoker gameroom.

5. Upon recommendation of Mr. Ranada, I got employed by and worked for Longfeng Corporation *dba* New XO Market and Partypoker gameroom as a security guard, bagger, and/or general laborer.

6. Prior to my employment or work at New XO Market and Partypoker gameroom, I had never met with Ms. Nenita V. Marquez nor any other representative from NVM Enterprises other than Mr. Ranada.

7. During my employment or work at New XO Market and Partypoker gameroom, Mr. Ranada never told me about NVM Enterprises nor about its asserted owner, Nenita V. Marquez.

8. During my employment or work at New XO Market and Partypoker gameroom, I received my wages from Longfeng Corporation through Mr. Ranada.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief and that this declaration was executed on this 6th day of April, 2023 in Susupe, Saipan, Commonwealth of the Northern Mariana Islands.

**ABU YOUSUF**
Plaintiff/Declarant

- 2 -