F I L E D
Clerk
District Court
APR 27 2023
for the Northern Mariana Islands
By_____
(Deputy Clerk)

MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

1:21-cv-00015                                                                             April 27, 2023
                                                                                                    3:15 p.m.

**YOUSUF ET AL V. LONGFENG CORPORATION ET AL**

PRESENT:  HON. RAMONA V. MANGLONA, CHIEF JUDGE PRESIDING
          GRETCHEN SMITH, LAW CLERK
          DANIEL BROWN, RELIEF COURTROOM DEPUTY
          HEIDI DOOGAN, COURT REPORTER
          JOE HILL, ATTORNEY FOR PLAINTIFF
          ROLY CALAYO, ASSISTANT FOR ATTORNEY HILL
          COLIN THOMPSON, ATTORNEY FOR DEFENDANTS
          LONGFENG CORP DBA NEW XO MARKET,
          GUOWU LI, AND GUI QING XU
          STEVEN PIXLEY, ATTORNEY FOR DEFENDANTS
          LONGFENG CORP DBA NEW XO MARKET,
          GUOWU LI, AND GUI QING XU

PROCEEDINGS:   STATUS CONFERENCE/MOTION HEARING

Court stated its ruling and findings on Defendant Ranada's Motion, ECF No. [58] and denied Defendant Ranada's Motion and will issue a written order.

Court addressed Plaintiff's Motion for Judgment on the Pleadings, ECF No. [63].

Court asked Attorney Hill to clarify arguments and Attorney Hill responded. Court denied the motion for judgment on the pleadings, ECF No. [63].

Court addressed the motion for summary judgment. Court heard from Attorney Hill. Attorney Thompson argued in response. After hearing arguments, Court stated its rulings and findings and denied the motion for judgment on the pleadings and denied the motion for summary judgment, ECF No. [63]. Court noted the other pending motions have been noticed for a separate date and time. Attorney Thompson withdrew motion to withdraw deemed admissions, ECF No. [69]. Court denied as moot Defendants' motion to withdraw deemed admissions, ECF NO. [69].

                                                          Adjourned at 4:30 p.m.
                                                          /s/ Daniel Brown, Relief Courtroom Deputy