F I L E D
Clerk
District Court
MAY 08 2023
for the Northern Mariana Islands
By_____JP_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ABU YOUSUF and MD. ROKONNURZZAMAN,<br><br>**Plaintiffs,**<br><br>v.<br><br>LONGFENG CORPORATION *dba* NEW XO MARKET and PARTY POKER, GUOWU LI, and XU GUI QING, jointly and severally, FELOTEO V. RANADA dba NVM ENTERPRISES, jointly and severally,<br><br>**Defendants.** | Case No. 1:21-cv-00015<br><br>ORDER GRANTING STIPULATION TO FILE THIRD AMENDED COMPLAINT, ANSWER TO THIRD AMENDED COMPLAINT, EXTEND TIME TO FILE OPPOSITION TO MOTION TO COMPEL, AND EXTEND TIME TO FILE DISPOSITIVE MOTIONS DEADLINE |

Based on the parties' Stipulation to File Third Amended Complaint, Answer to Third Amended Complaint, Extend Time to File Opposition to Motion to Compel, and Extend Time to File Dispositive Motions Deadline (ECF No. 79), and FOR GOOD CAUSE SHOWN, the Court HEREBY GRANTS the parties' Stipulation and ORDERS the following:

1. Plaintiff Abu Yousuf to file his Third Amended Complaint on or before **May 12, 2023.**

2. Defendants to file their responsive pleading to the Third Amended Complaint on or before **May 23, 2023.**

3. Plaintiff Abu Yousuf to file his opposition to Longfeng Corporation's Motion to Compel Abu Yousuf's Discovery Response and to Sanction Pursuant to Fed. R. Civ. P. 37(A)(3)(B)(1), Fed. R. Civ. P. 37(D)(1)(A), and Local Rule 26.2(A)(4) (ECF No. 76) on or before **May 18, 2023.**

4. The parties to file their Dispositive Motions on or before **June 1, 2023.**

5. All other dates in the Third Amended Scheduling Order (ECF No. 60), including the trial date of July 24, 2023, remain as set.

Because Md. Rokonnurzzaman will be removed from this proceeding as a plaintiff, and Longfeng Corporation *dba* New XO Market and Party Poker, Guowu Li, and Xu Gui Qing will have the opportunity to file a responsive pleading to the Third Amended Complaint, the Motion to Amend Answer to Second Amended Complaint and Scheduling Order (ECF No. 71) and Motion to Compel Md. Rokonnurzzaman's Discovery (ECF No. 75) are DENIED AS MOOT.

IT IS SO ORDERED this 8th day of May, 2023.

/s/ Ramona V. Manglona
RAMONA V. MANGLONA
Chief Judge