F I L E D
Clerk
District Court
JUL 19 2023
for the Northern Mariana Islands
By_____
(Deputy Clerk)

MINUTES OF THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN MARIANA ISLANDS

1:21-cv-00015

July 19, 2023
2:50 p.m.

**YOUSUF ET AL V. LONGFENG CORPORATION ET AL**

PRESENT:  HON. HEATHER L. KENNEDY, MAGISTRATE JUDGE PRESIDING
J. ARTHUR ROSANDER, INTERN
FRANCINE ATALIG, COURTROOM DEPUTY
JUSTIN POON, DEPUTY CLERK
JOE HILL, ATTORNEY FOR PLAINTIFF
ABU YOUSUF, PLAINTIFF
COLIN THOMPSON, ATTORNEY FOR DEFENDANTS LONGFENG CORP, GUOWU LI, AND GUI QING XU
GUI XING XU, DEFENDANT
LIMING XU, INTERPRETER FOR DEFENDANT XU
FELOTEO RANADA, PRO SE DEFENDANT

PROCEEDINGS:   HEARING AFTER SETTLEMENT

Plaintiff Yousuf and Defendant Gui Qing Xu were sworn. Interpreter was also sworn.

Court stated the material terms agreed upon by the parties. All claims against all Defendants, other than Pro Se Defendant Ranada, are dismissed. Defendant XO Market to make a payment to Plaintiff Yousuf. Payment to be made within one week following any Court approval of the settlement agreement. As a part of the material terms, there will be no admission of liability, non-disparagement clause in the final agreement, and the motion to have the Court approve of the settlement agreement will be filed by July 26, 2023, before close of business.

Payment by Defendant XO Market to be made to Plaintiff's attorneys trust account.

Plaintiff Yousuf agreed to the material terms stated on the record. Defendant Xu agreed to the material terms stated on the record. Parties to bare their own cost and attorney's fees.

No deadlines were vacated. Court set a **Status Conference** for **July 27, 2023**, at **10:00 a.m.** and reset the Final Pretrial Conference to the same day and time. At the hearing, Court will address the status of any action moving forward against Mr. Ranada and the motion regarding approval under FLSA.

Court recessed at 3:00 p.m. and reconvened at 3:03 p.m.

Court encouraged the Plaintiff and Mr. Ranada to meet after this proceeding to discuss possible settlement.

                                                      Adjourned at 3:10 p.m.
                                                /s/ Francine Atalig, Courtroom Deputy

_____
CERTIFICATE OF OFFICIAL COURT RECORDER

I, Francine Atalig, certify that I am a duly appointed Courtroom Deputy for the United States District Court for the Northern Mariana Islands, and I was present in the courtroom of this court on 07/19/2023. On this date during the regular course of my profession, I made electronic sound recording(s) of the proceedings, for the above-entitled case. I have played back the recording and certify that it is a true and correct record of the proceedings, that is sufficiently intelligible when played on the FTR Touch, that it can be transcribed without undue difficulty, and that I have filed the original recording with the Clerk of Court, as required by 28 U.S.C. § 753(b).
_____