```
                                                              F I L E D
                                                                Clerk
                                                            District Court
                                                            AUG 10 2023
                                                  for the Northern Mariana Islands
                                                  By_____JP_____
                                                           (Deputy Clerk)
```

MINUTES OF THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN MARIANA ISLANDS

1:21-cv-00015                                       August 10, 2023
                                                      10:00 a.m.

## YOUSUF ET AL V. LONGFENG CORPORATION ET AL

PRESENT:  HON. HEATHER L. KENNEDY, MAGISTRATE JUDGE PRESIDING
          HEIDI DOOGAN, COURT REPORTER
          JUSTIN POON, RELIEF COURTROOM DEPUTY
          JOE HILL, ATTORNEY FOR PLAINTIFF
          COLIN THOMPSON, ATTORNEY FOR DEFENDANTS LONGFENG
          CORP., GUOWU LI, AND GUI QING XU
          FELOTEO RANADA, PRO SE DEFENDANT
          TEOFILO DALIMOCON JR., ASSISTANT FOR DEFENDANT RANADA

PROCEEDINGS:   STATUS CONFERENCE / FINAL PRETRIAL CONFERENCE

Court asked pro se, Mr. Ranada, to introduce his assistant. Pro se, Mr. Ranada, responded.

Attorney Thompson apprised the Court that he submitted the joint draft motion for the settlement agreement to Attorney Hill.

Court had questions for Attorney Hill, regarding issues he may have with the joint draft motion submitted by Attorney Thompson. Attorney Hill responded.

Attorney Thompson elaborated on Attorney Hill's Response. Court questioned Attorney Hill if he agrees to Attorney Thompson's statement. Attorney Hill responded.

Court had questions for Attorney Hill, regarding pro se, Mr. Ranada's Claim. Attorney Hill responded, and Attorney Thompson elaborated on Attorney Hill's response that there is a certain figure agreed upon between Plaintiff and pro se, Mr. Ranada. Court confirmed with Mr. Ranada that Attorney Thompson's statement is accurate. Mr. Ranada explained to the Court the agreement details between him and Plaintiff. Court addressed Attorney Hill and Mr, Ranada the essential terms of the settlement agreement, and confirmed the settlement terms.

Court apprised all parties that all trial deadlines are vacated. Another status conference is set on 9/21/2023 at 9:00am. All parties understood.

Court instructed all parties to meet in chambers to discuss and finalize settlement agreement terms. Court will set a date when the settlement agreement needs to be signed and approved by court.

                                                          Adjourned at 10:21 a.m.
                                                          /s/ Justin Poon, Relief Courtroom Deputy