**PIXLEY LAW OFFICE, LLC**
Steven P. Pixley, Esq.
Third Floor, TSL Plaza
Beach Road, Garapan
Post Office Box 7757
Saipan, MP   96950
Telephone: (670) 233-2898/5175
Facsimile: (670) 233-4716

**THOMPSON LAW, LLC**
Colin M. Thompson, Esq.
J.E. Tenorio Building
PMB 917 Box 10001
Saipan, Mariana Islands 96950
Telephone: (670) 233-0777
Facsimile:  (670) 233-0776

*Attorneys for Longfeng Corporation
dba New XO Market and Party Poker,
Guowu Li, and Xu Gui Qing*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **ABU YOUSUF,**<br>　　　　　**Plaintiff,**<br>-vs-<br>**LONGFENG CORPORATION dba NEW XO MARKET and PARTY POKER, GUOWU LI, and XU GUI QING, and FELOTEO V. RANADA dba NVM ENTERPRISES, jointly and severally,**<br>　　　　　**Defendants.** | **Civil Action No. 1:21-CV-00015**<br><br>**NOTICE OF JOINT MOTION AND JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT UNDER THE FAIR LABOR STANDARDS ACT**<br><br>Date: September 21, 2023<br>Time: 1:30 p.m.<br>Judge: Hon. Ramona V. Manglona |

**PLEASE TAKE NOTICE**, Defendants Longfeng Corporation *dba* New XO Market and Party Poker ("Longfeng"), Guowu Li ("Li"), and Xu Gui Qing ("Sophie") (collectively hereinafter, the "Defendants"), by and through their counsel, Steven P. Pixley and Colin M. Thompson, *pro se* Defendant Feloteo V. Ranada *dba* NVM Enterprises, and Plaintiff Abu Yousuf, through his counsel, Joe Hill, to hereby move this Court to move this Court to approve the settlement agreements, entered between Defendants and Plaintiff, and Plaintiff and Ranada, to dismiss all counts with prejudice against the Defendants in Plaintiff's Third Amended Complaint. (ECF No. 81). This motion is made and based on the pleadings and papers on file, the Memorandum of Points and Authorities, the Declaration of Counsel and the Declaration of Joe Hill submitted concurrently in support of this motion, and any argument made, and evidence introduced by counsel during the scheduled hearing for this motion.

Respectfully submitted this 15th day of September, 2023.

*/s/Steven P. Pixley*
**PIXLEY LAW OFFICE, LLC**
Steven P. Pixley
*Attorney for Longfeng Corporation dba New XO Market and Party Poker, Guowu Li, and Xu Gui Qing*

*/s/ Colin M. Thompson*
**THOMPSON LAW, LLC**
Colin M. Thompson
*Attorney for Longfeng Corporation dba New XO Market and Party Poker, Guowu Li, and Xu Gui Qing*

*/s/ Joe Hill*
**HILL LAW OFFICES**
Joe Hill
*Attorney for Abu Yousuf*

*/s/ Feloteo V. Ranada*
Feloteo V. Ranada
*Pro Se Defendant*