**PIXLEY LAW OFFICES, LLC**
Steven P. Pixley, Esq.
P.O. Box 7757
Third Floor, TSL Plaza
Beach Road, Garapan
Telephone: (670) 233-2898/5175
Facsimile: (670) 233-4716

**THOMPSON LAW, LLC**
Colin M. Thompson, Esq.
PMB 917 Box 10001
J.E. Tenorio Building
Saipan, Mariana Islands 96950
Telephone: (670) 233-0777
Facsimile: (670) 233-0776

*Attorney for Longfeng Corporation
dba New XO Market and Party Poker
Guowu Li, and Xu Gui Qing*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **ABU YOUSUF** <br><br> **Plaintiff,** <br><br> -vs- <br><br> **LONGFENG CORPORATION** *dba* **NEW XO MARKET and PARTY POKER, GUOWU LI, XU GUI QING, and FELOTEO V. RANADA** *dba* **NVM ENTERPRISES, jointly and severally,** <br><br> **Defendants.** | **CIVIL ACTION NO. 1:21-CV-00015** <br><br> **DECLARATION OF COUNSEL IN SUPPORT OF JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT UNDER THE FAIR LABOR STANDARDS ACT** <br><br> Date: <br> Time: <br> Judge: Hon. Ramona V. Manglona |

- 1 -

I, Colin M. Thompson, hereby declare:

1. I am over the age of eighteen, competent to make this declaration, and all statements made in this declaration are made based on my personal knowledge unless specifically indicated otherwise.

2. I am counsel, along with Steven P. Pixley, for Defendants Longfeng Corporation *dba* New XO Market and Party Poker, Guowu Li, and Xu Gui Qing (collectively "Defendants").

3. I submit this declaration in support of the Joint Motion for Approval of Settlement Agreement Under the Fair Labor Standards Act.

4. Throughout this proceeding, my office disclosed a total of five hundred seventy-three (573) pages of documents to Plaintiff Abu Yousuf ("Yousuf") and Defendant Feloteo V. Ranada ("Ranada") on behalf of the Defendants.

5. Throughout this proceeding, the Defendants engaged in five (5) different oral depositions: two (2) oral depositions of Yousuf; one (1) oral deposition of ex-Plaintiff Md. Rokonnuzzaman; one (1) oral deposition of Ranada; and one (1) oral deposition of Longfeng's 30(b)(6) agent, Jeremiah Wolfe.

Pursuant to 28 U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and execute this declaration on the island of Saipan, Commonwealth of the Northern Mariana Islands on September 15, 2023.

*/s/Colin M. Thompson*
Colin M. Thompson