**JOE HILL**
**HILL LAW OFFICES**
P.O. Box 500917
Saipan, MP 96950
Tel. Nos. (670) 234-7743/6806
Fax: (670) 234-7753
E-mail: vesta@pticom.com

*Attorney for Plaintiff Abu Yousuf*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **ABU YOUSUF,**<br>    **Plaintiff,**<br><br>    -vs-<br><br>**LONGFENG CORPORATION** *dba* **NEW XO MARKET** and **PARTY POKER, GUOWU LI,** and **XU GUI QING, FELOTEO V. RANADA** *dba* **NVM ENTERPRISES, jointly and severally,**<br><br>    **Defendants.** | Case No. 1:21-CV-00015<br><br>**STIPULATED DISMISSAL**<br>**WITH PREJUDICE AS TO DEFENDANT**<br>**FELOTEO V. RANADA** *dba* **NVM ENTERPRISES**<br><br>Date: N/A<br>Time: N/A<br>Judge: Hon. Ramona V. Manglona |

  **COME NOW** Plaintiff Abu Yousuf, by and through the undersigned counsel, and Defendant Feloteo V. Ranada, *pro se,* after having reached a settlement agreement of this matter, together hereby stipulate to the dismissal with prejudice of this action, both parties to bear their own attorney's fees and costs. The parties herein request that the Court retain jurisdiction to enforce the settlement agreement of the parties [ECF No. 133].

  **SO STIPULATED** this 12th day of October, 2023.

| | |
|---|---|
|   */s/ Joe Hill*<br>Attorney for Plaintiff Abu Yousuf |   */s/ Feloteo V. Ranada*<br>*Pro se* Defendant |