FILED
Clerk
District Court
OCT 13 2023
for the Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ABU YOUSUF,<br><br>            Plaintiff,<br><br>-vs-<br><br>LONGFENG CORPORATION dba NEW XO MARKET and PARTY POKER, GUOWU LI, and XU GUI QING, and FELOTEO V. RANADA dba NVM ENTERPRISES, jointly and severally,<br><br>            Defendants. | Case No. 1:21-CV-00015<br><br>ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT FELOTEO V. RANADA dba NVM ENTERPRISES |

FOR GOOD CAUSE SHOWN, the Court GRANTS Plaintiff Abu Yousuf's stipulated motion to dismiss the case with prejudice (ECF No. 138), as to Defendant Feloteo V. Ranada dba NVM Enterprises, *pro se*, made consistent with the Settlement Agreement approved by the Court. (ECF No. 135.) The Court retains jurisdiction to enforce the Settlement Agreement between Plaintiff and Defendant Ranada.

Having dismissed all of Plaintiff's claims against all Defendants in this action, the Court directs the Clerk to close this case.

SO ORDERED this 13th day of October, 2023.

_____
RAMONA V. MANGLONA
Chief Judge